**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6370**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

DONIKKI HARDY,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., Senior District Judge.  (7:01-cr-00235-HMH-1)

Submitted:  July 18, 2014            Decided:  July 24, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donikki Hardy, Appellant Pro Se. Regan Alexandra Pendleton, Carrie Fisher Sherard, Assistant United States Attorneys, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donikki Hardy appeals the district court's orders granting the Government's Fed. R. Crim. P. 35(b) motion for sentence reduction and denying Hardy's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hardy, No. 7:01-cr-00235-HMH-1 (D.S.C. Feb. 25 & Mar. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED